1  **JODY STEINBERG, SBN 144564**  JS-6
   js@hssalaw.com
2  **WHITNEY L. BOST, SBN 253999**
3  wlb@hssalaw.com
   **HANGER, STEINBERG, SHAPIRO & ASH**
4  **A Law Corporation**
   **21031 Ventura Blvd., Suite 800**
5  **Woodland Hills, CA 91364-6512**
   **(818)226-1222 Fax (818)226-1215**
6

7  Attorneys for Defendants
   4021 STEVELY LLC and LATHON HOWELL
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12 | RAVEN SHKIR-IVEY, an individual, | CASE NO. 2:13CV6081 RGK AJWx
13 |        Plaintiff,                 | (Assigned for all purposes to District Judge R. Gary Klausner
14 | vs.                               | Magistrate Judge Andrew J. Wistrich
15 | 4021 STEVELY LLC, a California    | **[PROPOSED] ORDER FOR DISMISSAL**
   | Limited Liability Company, and
16 | LATHON HOWELL, an individual,
17 |        Defendants.                | Trial Date:   None

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  COMES NOW for consideration of the Stipulation for Dismissal pursuant
3  to Federal Rules of Civil Procedure, Rule 41(a) of the Complaint by Plaintiff
4  RAVEN SHKIR-IVEY against Defendants 4021 STEVELY, LLC and LATHON
5  HOWELL, and the Court being of the opinion that said dismissal should be
6  GRANTED, it is hereby ORDERED, ADJUDGED AND DECREED that the
7  Complaint by Plaintiff RAVEN SHKIR-IVEY against Defendants 4021
8  STEVELY, LLC and LATHON HOWELL, is hereby dismissed in its entirety,
9  with prejudice.

10  **APPROVED AND SO ORDERED.**

12  DATED: December 20, 2013          _____
13                                    HONORABLE R. GARY KLAUSNER

16  270/1443

# CERTIFICATE OF SERVICE

On December 19, 2013, I electronically filed the foregoing **[PROPOSED] ORDER FOR DISMISSAL,** using the CM/ECF system which will send notification of such filing to the following registered CM/ECF User(s), among which are counsel of record for all parties to the action:

> David Elder
> [E-mail address: delder@housingrightscenter.org]
>
> Joel Marrero
> [E-mail address: jmarrero@housingrightscenter.org]
>
> Judith B. Vasan
> [E-mail address: jvasan@housingrightscenter.org]

I am unaware of any attorneys of record or parties in this action who are not registered for the CM/ECF system.

I certify under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

DATED: December 19, 2013   HANGER, STEINBERG, SHAPIRO & ASH

BY: _____
JODY STEINBERG
WHITNEY L. BOST
Attorneys for Defendants
4021 STEVELY, LLC and
LATHON HOWELL

Our File No.:   270/1443

1  RAVEN SHKIR-IVEY vs. 4021 STEVELY LLC, et al.
2  Court Case No.: 2:13CV6081 RGK AJWx

3  **MAILING LIST**

4

5  David Elder, Esq.
6  Judith B. Vasan, Esq.
7  Joel Marrero, Esq.
   HOUSING RIGHTS CENTER
8  3255 Wilshire Boulevard, Suite 1150
9  Los Angeles, CA  90010
   Phone: 213/387-4000 x1116
10 Fax: 213/381-8555
   **ATTORNEYS FOR PLAINTIFF:**
11 **RAVEN SHKIR-IVEY**
12
13
14 Our File No.:       270/1443
15
16
17
18
19
20
21
22
23
24
25
26
27
28